UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

UNITED STATES OF AMERICA,

        -against-

Portes, Ramon

                 Defendant(s).
----------------------------------------------------------------X

**CONSENT TO PROCEED BY
VIDEO OR TELE CONFERENCE**

20 MJ 8578

Defendant **Portes, Ramon** hereby voluntarily consents to participate in the following proceeding via ☒ videoconferencing or ☒ teleconferencing:

☒     Initial Appearance Before a Judicial Officer

☐     Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☐     Guilty Plea/Change of Plea Hearing

☐     Bail/Detention Hearing

☐     Conference Before a Judicial Officer - Assignment of Counsel


/S/ Ramon Portes (by permission)
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

/s/ Maragret M. Shalley
Defendant's Counsel's Signature

Ramon Portes
Print Defendant's Name

Margaret M. Shalley
Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

8/13/20
Date

U.S. District Judge/U.S. Magistrate Judge